*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-11-00434-CV

Damisela C. **BROWN**,
Appellant

v.

Shawn C. **BROWN**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-08584
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:    Rebecca Simmons, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  December 28, 2011

DISMISSED FOR WANT OF JURISDICTION

In this appeal of a post-divorce division of property, we abated the appeal for the trial court to clarify whether the May 25, 2011 summary judgment order was a final, appealable order. On November 17, 2011, the trial court filed a letter with this court stating that the May 25, 2011 summary judgment order is not a final, appealable order. We reinstated the appeal and ordered appellant to show cause in writing not later than December 13, 2011, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann v. Har-*

*Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (noting that generally "an appeal may be taken only from a final judgment"). We warned appellant that if she did not show cause within the time provided, her appeal would be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). To date, appellant has not filed any response to the show cause order.

Therefore, we dismiss this appeal for want of jurisdiction. *See id.*; *Lehmann*, 39 S.W.3d at 195; *see also* TEX. R. APP. P. 42.3(c) (authorizing dismissal for failure to comply with a court order). Costs of this appeal are taxed against appellant.

PER CURIAM